IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

RUBEN CARRILLO, §
Institutional ID No. 635597 §
§
§
Plaintiff, §
§
v. § CIVIL ACTION NO. 5:19-CV-00098-C
§
TEXAS BOARD OF PARDONS AND §
PAROLES, *et al.*, §
§
Defendants. §

## QUESTIONNAIRE

INSTRUCTIONS: You have filed a Civil Rights Complaint alleging that you are being wrongfully imprisoned. You must answer the following questions completely. If you do not have enough space to give a complete answer, you may attach additional 8½" x 11" sheets to this questionnaire.

On this date, Petitioner, **under penalty of perjury**, provides the following answers and information required by the Court.

(1) Are you challenging the revocation of your parole? (yes or no)

    (A) If you answered yes above, please explain how you think your constitutional rights were violated during your parole revocation process.

(2) Are you challenging the denial of street-time credits? (yes or no)

    (A) If you answered yes above, why do you think the denial violates your rights?

    (B) How much street-time credit are you claiming you earned but were not given?

(3) Did you appeal the revocation of your parole or the denial of your time credits? (yes or no)

    (A) If you answered yes above, provide the following information:

        (i) Identify the court or tribunal in which you filed your appeal:

(ii) Cause Number:

(iii) Result of your appeal:

(iv) Date of Result:

(4) Have you challenged the revocation of parole or denial of time credits in the Texas Court of Criminal Appeals through a state habeas application or any other procedure? (yes or ~~no~~)

(A) If you answered yes above, include the following information:

(i) Date the petition or application was filed

(ii) Cause Number:

(iii) Result:

(iv) Date of Result:

(B) If you answered no, why have you not challenged your parole revocation or denial of time credits in a state habeas application?

(5) Have you challenged your parole revocation or denial of street-time credit in a federal petition for writ of habeas corpus? NO

(A) If your answer is "yes," include the following information:

(i) Cause Number:

(ii) Result (i.e. granted, denied, dismissed, etc.):

(iii) Date of Result:

(6) Please provide the following information about the conviction for the sentence you are currently serving:

(A) What court entered the judgment of conviction and sentence?

(B) In what county did your conviction occur?

(C) Date of judgment of conviction:

(D) Length of sentence:

(E) Cause Number:

(7) State the reason(s) why you have sued each of the defendants listed below. **Include specific details such as dates, locations, specific acts or omissions, the relationship of each defendant to you or this case, and any harm you experienced because of each incident.**

(A) Catherine Marrero

(B) Cora Young Brown

(C) Texas Board of Pardons and Paroles

(8) Are you asking for money damages? (yes or no) If you answered yes, please state how much money you are asking for.

(9) You state that you are being held past your discharge date. Are you asking to be released from prison immediately? (yes or no)

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. 28 U.S.C. § 1746.

Signed this 26 day of JUNE, 2019.

Mr. Ruben Carrillo
Signature of Petitioner

# "QUESTIONNAIRE"

YES -
The Board of Pardons and Parole Revocation hearing process did not revoke me. But made a decision on 3-14-19 to sanction me to a S.A.F.P.F. 9-month program. It was my first relapse for a dirty U.A. in my release on 10-8-18 from a S.A.F.P.F. to a Halfway House in Del Valle, TX. My rights were violated cause I wasn't offered other options, as to continue my after care at T.C. Halfway House to work on my Recovery or other support, other then S.A.F.P.F.

A. Cause only a Judge can add or take away from your sentence by law. And my Rights are being violated by not release in me under the old law 72nd legislature on my mandatory minimum expiration date 10-14-17 O.D.R. over due release.

B. 8-yrs 3-months 22-days

(3) YES, (A) (1) Board of Pardons and Parole
(2) Cause Number: 92CR4966
(3) Result of your Appeal: The Board voted + me to Substance Abuse Felony Punishment Fa(S.A.F.P.F) According to the Board I co' Appeal cause I wasn't revoked.
(4) Date of Result: 3-14-19

(4) NO - (B) I did at one time b. 2016 or 2017 Writ of Habe for partial street t

# "Questionnaire"

(1) YES-
(A) → The Board of Pardons and Parole Revocation hearing process did not revoke me. But made a decision on 3-14-19 to sanction me to a S.A.F.P.F. 9-month program. It was my first relapse for a dirty U.A. on my release on 10-8-18 from a S.A.F.P.F. to a Halfway House in Del Valle, TX. My rights were violated cause I wasn't offered other options, as to continue my after care at T.C. Halfway House to work on my recovery or other support, other then S.A.F.P.F.

(2) YES.
A. Cause only a Judge can add or take away from your sentence by law. And my rights are being violated by not release in me under the old law 72nd Legislature on my mandatory minimum expiration date 10-14-17 O.D.R. Over Due Release.

B. 8·yrs 3-months 22-days

(3) YES, (A) (1) Board of Pardons and Parole
(2) Cause Number: 92CR4966
(3) Result of your Appeal: The Board voted + me to Substance Abuse Felony Punishment Fa (S.A.F.P.F) According to the Board I co Appeal, Cause I wasn't Revoked.
(4) Date of Result: 3-14-19

(4) NO.    (B) I did at one time b
         2016 or 2017 Writ of Hab
         for Partial Street +

(5.) NO

(6.) (A.) District Court - 144
(B.) Bexar County - San Antonio, TX.
(C.) 1-28-93 - Sent. Begin Date 10-26-92
(D.) Sent. to 20-yrs
(E.) 92CR4966

(7.) (A.) Catherine Marrero - A parole officer is there to help you not hurt you. She could of voted to help me in my ~~Reco~~ Recovery and extend my stay at T.C. Halfway House in Del Valle, TX. Instead she put out a Blue Warrant and ran me off the T.C. House to the streets. Later I was caught and violated and taken away from wife, grandkids & family.

(B.) Cora Young Brown - Parole Officer could of help me ~~me~~ with more treatment classes or I.S.F., but voted Revocation, and hurt me, by being taken away from wife & family on a dirty U.A. violation. Parole Officers are there to help us not harm us.

(C.) Texas Board of Pardons of Parole: They could of been more fair, and voted in 3-14-19 to continue after care at ~~TC~~ T.C. House or contine my parole supervision and treatment in the world. They voted S.A.F.P.F and lock me up, and harm me and took me away from family

(8.) YES - MENTAL HEALTH, STRESS, LOSS OF INCOME FROM WORK, LEFT MY WIFE + FAMILY STRUGGLING, DEPRESSION. MONEY, WHATEVER GOD MAY BLESS ME WITH, NO MONEY CAN MAKE UP FOR THE LOST FREEDOM, BUT I COULD USE MONEY TO HELP SUPPORT WIFE + FAMILY AMEN.

(9) YES - ON A 20 YR SENT. SENT. BEGIN DATE WAS 10-26-92 MY MAXIMUM DATE WOULD OF ENDED ON 10-26-2012, BUT NOW CAUSE THEY HAVE ILLEGALLY TAKEN MY "STREET TIME" MY MINIMUM MANDATORY SHORT WAY DISCHARGE DATE IS NOW 10-14-2017 BY LAW, UNDER THE OLD LAW 72ND LEGISLATURE, AND MY MAXIMUM IS 2-13-2021 AND YES YES, I WANT TO BE RELEASED A.S.A.P. THANK YOU GOD BLESS YOU + YOURS AMEN...

Sincerely + Respectfully,

Mr. Ruben Carrillo TDCJ # 635597

MY NEW S.A.F.P.F. # IS 02243049

Mailing Address: ESTELLE UNIT
264 FM. 3478
Huntsville, TX. 77320

Dear: Office of the Clerk,            6-26-19

Sorry, for my long delay, I just received your letter of questionnarie form today 6-26-19, and I just finished answering the questionnaire to the best of my ability, I pray you receive it in time, cause I pray it will not result in dismissal. However the reason I didn't get your letter sooner, cause I was transfered from Rudd Unit address on 6-4-19 to my new address at Estelle Unit, made it here on 6-10-19 and on 6-11-19, I mailed you my new address as advised by you, I pray that you write me that all is well, Thank you, God Bless you + yours,

Respectfully,

Mr. Ruben Canillo

TDCJ # 635597,  S.A.F.P.F. New # 02263049

RECEIVED
JUL -2 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | | |
|---|---|---|
| RUBEN CARRILLO, <br> Institutional ID No. 635597 <br><br> Plaintiff, <br><br> v. <br><br> TEXAS BOARD OF PARDONS AND <br> PAROLES, et al., <br><br> Defendants. | § § § § § § § § § § § § § | CIVIL ACTION NO. 5:19-CV-00098-C |

## ORDER:

Plaintiff, proceeding pro se, filed a form civil rights complaint under 42 U.S.C. § 1983, complaining about the revocation of his parole and denial of street-time credit. The Court finds that Plaintiff should be required to answer the attached questionnaire and return it to the Clerk for filing within twenty (20) days from the date of this Order.

**Failure to comply with this Order shall result in the dismissal of this complaint for want of prosecution.**

Petitioner shall promptly notify the Court of any change of address by filing a written notice of change of address with the Clerk. Failure to file such notice may result in this case being dismissed for want of prosecution.

**SO ORDERED.**

June 12, 2019.

_____
SAM R. CUMMINGS
Senior United States District Judge

Mr. Ruben Carrillo #02263049
Estelle Unit
264 FM.3478
Huntsville, TX. 77320



"United States District Court"
Office of the Clerk
Northern District of Texas
1205 Texas Ave. Room 209
Lubbock, Texas 79401

