IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

RUBEN CARRILLO,                         §
                                        §
                    Petitioner,         §
                                        §
v.                                      §     CIVIL ACTION NO.  5:19-CV-00098-H
                                        §
LORIE DAVIS–DIRECTOR,                   §
TDCJ-CID,                               §
                                        §
                    Respondent.         §

## ORDER

Petitioner filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254,

challenging the denial of street-time credit after his parole was revoked.  Petitioner is in

custody for a criminal conviction and sentence out of Bexar County, Texas.  When he filed

his Petition, he was incarcerated in the Rudd Unit of the Texas Department of Criminal

Justice in Brownfield, Texas.

When an inmate in state custody files a petition for writ of habeas corpus, both the

district court where he is in custody and the district court for the district where he was

convicted and sentenced have concurrent jurisdiction.  28 U.S.C. § 2241(d).  "The district

court for the district wherein such application is filed in the exercise of its discretion and in

furtherance of justice may transfer the application to the other district court for hearing and

determination."  *Id.*

This Court has jurisdiction over the Petition because Petitioner was incarcerated in

the Lubbock Division of the Northern District of Texas when he filed his Petition.  But the

Court finds that in the interests of justice and judicial economy, the Petition should be

transferred to the district where Petitioner was convicted and sentenced.  Bexar County is within the jurisdiction of the San Antonio Division of the Western District of Texas.

The Court, then, orders the Clerk to transfer the instant Petition for Writ of Habeas Corpus to the United States District Court for the Western District of Texas, San Antonio Division.

Dated August 23, 2019.

JAMES WESLEY HENDRIX
United States District Judge