# U.S. District Court
# Northern District of Texas (Lubbock)
## CIVIL DOCKET FOR CASE #: 5:19−cv−00098−H

Carrillo v. Texas Board of Pardons and Paroles et al  
Assigned to: Judge James Wesley Hendrix  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 05/29/2019  
Jury Demand: None  
Nature of Suit: 530 Prisoner Pet/Habeas Corpus: General  
Jurisdiction: Federal Question

**Plaintiff**

**Ruben Carrillo**     represented by   **Ruben Carrillo**  
# 635597  
TDCJ Estelle Unit  
264 FM 3478  
Huntsville, TX 77320  
PRO SE

V.

**Defendant**

**Texas Board of Pardons and Paroles**

**Defendant**

**Catherine Marrero**  
*Parole Officer*

**Defendant**

**Cora Young Brown**  
*Parole Officer*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/29/2019 | Ï 1 | COMPLAINT against All Defendants filed by Ruben Carrillo. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information – Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (krd) (Entered: 05/29/2019) |
| 05/29/2019 | Ï 2 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS with certificate of trust account, filed by Ruben Carrillo. (krd) (Entered: 05/29/2019) |
| 05/29/2019 | Ï 3 | New Case Notes: A filing fee has not been paid. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge. Clerk to provide copy to plaintiff if not received electronically. (krd) (Entered: 05/29/2019) |
| 05/29/2019 | Ï 4 | Notice and Instruction to Pro Se Party. (krd) (Entered: 05/29/2019) |
| 05/29/2019 | Ï | |

|  |  |  |
|---|---|---|
|  |  | ***Clerk's Notice of delivery: (see NEF for details) Docket No:1,2,3,4. Wed May 29 11:01:05 CDT 2019 (crt) (Entered: 05/29/2019) |
| 06/12/2019 | Ï 5 | ORDER: The Court finds that Plaintiff should be required to answer the attached questionnaire and return it to the Clerk for filing within twenty (20) days from the date of this Order. (Ordered by Senior Judge Sam R Cummings on 6/12/2019) (bmg) (Entered: 06/12/2019) |
| 06/12/2019 | Ï | ***Clerk's Notice of delivery: (see NEF for details) Docket No:5. Wed Jun 12 09:55:15 CDT 2019 (crt) (Entered: 06/12/2019) |
| 06/17/2019 | Ï 6 | NOTICE of Change of Address for Pro Se litigant Ruben Carrillo. New address: TDCJ Estelle Unit 264 FM 3478 Huntsville, Texas 77320. (krd) (Entered: 06/17/2019) |
| 07/02/2019 | Ï 7 | RESPONSE filed by Ruben Carrillo RE: 5 Judge's Questionnaire. (krd) (Entered: 07/02/2019) |
| 07/23/2019 | Ï 8 | ORDER: Plaintiff is advised that the Court intends to construe the instant civil rights complaint as a petition for writ of habeas corpus pursuant to 28 U.S.C. $ 2254, unless Plaintiff shows cause within twenty (20) days from the date of this Order why it is properly filed under 42 U,S.C. § 1983. If Plaintiff agrees with the Court's intention to construe his civil rights complaint as a petition for writ of habeas corpus, he should file a complete Amended Petition on the proper form within twenty (20) days from the date of this Order. The Clerk mailed to Plaintiff an Application to Proceed in Forma Pauperis and a § 2254 petition marked "Amended Petition," Civil Action Number 5:19–CV–098. Plaintiff's application to proceed in forma pauperis will remain pending until the Court determines the nature of this suit. (Ordered by Senior Judge Sam R Cummings on 7/23/2019) (krd) (Entered: 07/23/2019) |
| 07/23/2019 | Ï | ***Clerk's Notice of delivery: (see NEF for details) Docket No:8. The Clerk mailed to Plaintiff an Application to Proceed in Forma Pauperis and a § 2254 petition marked "Amended Petition," Civil Action Number 5:19–CV–098 along with a copy of this Order 8 .. Tue Jul 23 10:15:36 CDT 2019 (crt) (Entered: 07/23/2019) |
| 08/09/2019 | Ï 9 | AMENDED COMPLAINT against All Defendants filed by Ruben Carrillo. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information – Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (krd) (Main Document 9 replaced on 8/9/2019) (krd). (Entered: 08/09/2019) |
| 08/09/2019 | Ï 10 | MOTION for Leave to Proceed in forma pauperis with certificate of trust account filed by Ruben Carrillo (krd) (Entered: 08/09/2019) |
| 08/09/2019 | Ï 11 | Pursuant to Special Order 3–331 the clerk is to reassign all cases assigned to Judge Cummings that do not appear on Exhibit A to the docket of US District Judge Wes Hendrix, and all such cases are to carry the suffix letter "H. "(The clerk has mailed a copy to all non–ECF users.) (Ordered by Chief Judge Barbara M. G. Lynn on 8/9/2019) (lrl) (Entered: 08/09/2019) |
| 08/23/2019 | Ï 12 | ORDER: Petitioner timely filed his complete Amended Petition. Thus, the Clerk is directed to redesignate this civil action as a petition for writ of habeas corpus under 28 U.S.C. $ 2254. (Ordered by Judge James Wesley Hendrix on 8/23/2019) (krr) (Entered: 08/23/2019) |
| 08/23/2019 | Ï | ***Clerk's Notice of delivery: (see NEF for details) Docket No:12. Fri Aug 23 16:10:07 CDT 2019 (crt) (Entered: 08/23/2019) |
| 08/23/2019 | Ï 13 | ORDER granting 10 Motion for Leave to Proceed In Forma Pauperis. (Ordered by Judge James Wesley Hendrix on 8/23/2019) (krr) (Entered: 08/23/2019) |
| 08/23/2019 | Ï 14 | Order Transferring to Another District: Case transferred to San Antonio Division of Western District. (Ordered by Judge James Wesley Hendrix on 8/23/2019) (krr) (Entered: 08/23/2019) |

| | | |
|---|---|---|
| 08/23/2019 | Ï | ***Clerk's Notice of delivery: (see NEF for details) Docket No:13,14. Fri Aug 23 16:58:09 CDT 2019 (crt) (Entered: 08/23/2019) |